UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMELIA STRAUSS,

               Plaintiff,                               24 **CIVIL** 5337 (JCM)

-v-                                    **JUDGMENT**

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 8, 2025, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

       January 8, 2025

                                                           **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                           **BY:**
                                                            **Deputy Clerk**